Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JOHN F. PLUNKETT and Others, Respondents, v. THE COMSTOCK CHENEY COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB PROWLER, Relator, v. ALFRED A. TAYLOR, as Commissioner, etc., Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DUNCAN O. BULL and Another, Respondents, v. ELEANOR FITZGIBBONS, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DUNCAN O. BULL and Another, Respondents, v. MRS. GERTRUDE FITZGIBBONS, Being Sued Herein as MRS. " WILLIAM " FITZGIBBONS, First Name " William " Being Fictitious, etc., Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JOSEPH WIEN, Doing Business, etc., v. MEYER ROBBINS.— Motion denied, with ten dollars costs. Defendant should have moved at Special Term to vacate the judgment so that he might interpose his answer as permitted by order of this court. [See 212 App. Div. 868.] If the Special Term should grant such a motion, and the plaintiff thereafter refuses to tax his costs on appeal, a motion similar to the one now before us may be made to compel him to do so. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

CONCITTINA SCIBETTA, as Administratrix ad Prosequandum, etc., Respondent, v. ARTHUR J. SHADEK, Appellant.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

ALEXANDER BLOCK, Appellant, v. FRANCIS KEIL & SON, INC., Respondent.— Motion denied, with ten dollars costs to each party appearing in opposition to said motion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THOMAS J. DRENNAN, as Fire Commissioner, etc., Respondent, v. SMITH VALLEY REALTY CORPORATION, Appellant.— Motion granted to the extent indicated in order. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of the Application for Compulsory Accounting in the Estate of JACOB APPELL, Deceased.— Motion granted on condition that petitioner pay to respondent's counsel the sum of twenty-eight dollars and fifty cents, the cost of printing respondent's brief on the appeal sought to be withdrawn. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

WILLIAM H. WELLINGTON and Others, Appellants, v. HARRIS BROTHERS CORPORATION, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

WILLIAM H. WELLINGTON and Others, Appellants, v. HARRIS BROTHERS CORPORATION, Respondent.— Motion denied. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JOSEPHINE M. MURPHY, Respondent, v. RACHEL GRANIS WEIL, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

TIMOTHY J. MURPHY, Respondent, v. RACHEL GRANIS WEIL, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.